```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 01357
   RUFUS C JONES
                                                  CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0889


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 01/26/07 and confirmed on 07/17/07.

    2.   The case was dismissed after confirmation, 06/20/2008.

    3.   The Debtor paid a total of $   8284.40 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 740.09 | .00 | 740.09 |
| SAXON MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 983.76 | .00 | 983.76 |
| INTERNAL REVENUE SERVICE | PRIORITY | 878.61 | .00 | 603.16 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | 10531.00 | 496.93 | 1921.86 |
| ROUNDUP FUNDING LLC | UNSECURED | 18164.84 | .00 | .00 |
| EXCEL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 174.46 | .00 | .00 |
| REGIONAL ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 34549.39 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| WOW INTERNET & CABLE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 128.92 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 530.00 | .00 | .00 |
| TRICAP INVESTMENT PARTNE | UNSECURED | 732.14 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 866.54 | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 295.85 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 509.77 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 426.00 | .00 | 292.44 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | 14.84 | .00 | .00 |

```
           Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12254.85 | 1304.61 | 55966.75 | .00 | 69526.21 |
| PRINCIPAL PAID | 3645.71 | 895.60 | .00 | .00 | 4541.31 |

```
INTEREST PAID             496.93          .00          .00          .00        496.93
TOTAL PAID               4142.64       895.60          .00          .00       5038.24
```

The Debtor's attorney, ZALUTSKY & PINSKI           , was allowed $   3000.00
and was paid $      46.00   direct and $   2954.00   through the plan.

The Trustee received $     292.16 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE